## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Taye Coles                                          CHAPTER 7

<u>Debtor</u>

BKY. NO. 16-23777 CMB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of JPMorgan Chase Bank as Servicer for The Bank of New York Mellon, f/k/a The Bank of New York, as successor to JPMorgan Chase Bank, N.A. f/k/a JPMorgan Chase f/k/a The Chase Manhattan Bank as Trustee for Asset Backed Securities Corporation Equity Loan Trust 1999-LB1, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 1099

Respectfully submitted,

**/s/ Joshua I. Goldman, Esquire**
Joshua I. Goldman, Esquire
jgoldman@kmllawgroup.com
Attorney I.D. No. 205047
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-825-6306
Fax: 215-825-6406
Attorney for Movant/Applicant