**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| , | ) | Case No. 16-23777-CMB |
| Taye Coles, | ) | Filed under |
|     Debtor/movant | ) | 11 USC 362(c)(3) |
| v.     . | ) | Chapter 7 |
| MEX | | |
| ASPIRE VISA | | |
| BANKFIRST | | |
| CBCS/CALVERY BANK | | |
| JP MORGAN CHASE BANK | | |
| RJM ACQUISTIONS | | |
| SCS FOR HOUSEHOLD RETAIL | | |
| VERIZON WIRELESS | | |
| WOODLAND HILLS SD | | |
| | ) | |
|     Creditor/respondent(s) | ) | Hearing date 11/02/16 @ 10:00am |
| Jeffrey Sikirica | ) | |
|     Trustee/respondent | ) | Response Deadline 10/27/16 |

**CERTIFICATE OF NO OBJECTION**
**ON THE DEBTOR'S MOTION EXTENDING THE AUTOMATIC STAY**
**BEYOND 30 DAYS**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the [Application/Motion] filed on _10/07/16__ has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and that no answer, objection or other responsive pleading to the [Application/Motion] appears thereon.  Pursuant to the Notice of Hearing, objections to the [Application/Motion] were to be filed and served no later than _10/27/16___.

It is hereby respectfully requested that the Order attached to the [Application/Motion] be entered by the Court.

                                                           Respectfully submitted,

                                                           BURDELSKI LAW OFFICES

DATE_10/28/16                                     __/s/Russell A. Burdelski, Esquire_____
                                                       R. Burdelski, Esquire
                                                       1020 Perry Highway
                                                       Pittsburgh, PA 15237
                                                       atyrusb@choiceonemail.com
                                                       (412) 366-1511
                                                       PA I.D. # 72688