UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Taye Coles ) | Case No. 16-23777-CMB |
| _____ ) | Chapter 7 |
| ) | Filed Under Local Rule |
| Taye Coles ) | 9013.4 6 (c) |
|     Debtor, ) | RAB-1 |
| Jeffrey Sikirica, ) | |
|     Trustee/Respondent ) | Related to Document No. 14 |

ORDER OF COURT

AND NOW, this __24th__ day of __October__, 20 16  it is hereby Ordered, Adjudged and Decreed that the time for the filing of the completion of the Bankruptcy documents for the above captioned case is extended to November 4, 2016.

By the Court

_____
United States Bankruptcy Judge    kmt

FILED
10/24/16 1:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-23777-CMB
Taye Coles                                                            Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: mgut            Page 1 of 1            Date Rcvd: Oct 24, 2016
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2016.
db              +Taye Coles,    569 Lobinger Avenue,    Braddock, PA 15104-2262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2016 at the address(es) listed below:
      Jeffrey J. Sikirica    trusteesikirica@consolidated.net,
       PA59@ecfcbis.com;a.a.farrell@comcast.net;KTosadori@bglaw-llp.com;JSikirica@bglaw-llp.com
      Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New
      York, as successor to JPMorgan Chase Bank, N.A. f/k/a JPMorgan Chase f/k/a The Chase Manhattan
      Bank as Trustee for Asset Backed Securities Corporatio bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
      ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
      Russell A. Burdelski    on behalf of Debtor Taye  Coles atyrusb@choiceonemail.com
                                                                                                    TOTAL: 5