FILED
10/28/16 8:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| , | ) | Case No. 16-23777-CMB |
| Taye Coles, | ) | Filed under |
|     Debtor/movant | ) | 11 USC 362(c)(3) |
| V.    . | ) | Chapter 7 |
| MEX | | |
| ASPIRE VISA | | |
| BANKFIRST | | |
| CBCS/CALVERY BANK | | |
| JP MORGAN CHASE BANK | | |
| RJM ACQUISTIONS | | **Related to Docket No. 5** |
| SCS FOR HOUSEHOLD RETAIL | | |
| VERIZON WIRELESS | | |
| WOODLAND HILLS SD | | |
| | ) | |
|     Creditor/respondent(s) | ) | Hearing date 11/02/16 @ 10:00am |
| Jeffrey Sikirica | ) | |
|     Trustee/respondent | ) | Response Deadline 10/27/16 |

### ORDER EXTENDING THE AUTOMATIC STAY BEYOND 30 DAYS

AND NOW, this 28th Day of October, 2016 it is hereby ORDERED, ADJUDGED, AND DECREED that the automatic stay is extended as to the above captioned respondents for the duration of the Chapter 7 case unless the case is dismissed or relief is granted or by further Order of this Court.

By the Court

Prepared by:   Russell A. Burdelski, Esq.

**DEFAULT ENTRY**

Dated: October 28, 2016

Gregory Taddonio    drb
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Taye Coles  
    Debtor

Case No. 16-23777-CMB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: Oct 28, 2016  
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2016.  
db          +Taye Coles,    569 Lobinger Avenue,    Braddock, PA 15104-2262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2016                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2016 at the address(es) listed below:

         Jeffrey J. Sikirica    trusteesikirica@consolidated.net,  
          PA59@ecfcbis.com;a.a.farrell@comcast.net;KTosadori@bglaw-llp.com;JSikirica@bglaw-llp.com  
         Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New York, as successor to JPMorgan Chase Bank, N.A. f/k/a JPMorgan Chase f/k/a The Chase Manhattan Bank as Trustee for Asset Backed Securities Corporatio bkgroup@kmllawgroup.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
         Russell A. Burdelski    on behalf of Debtor Taye  Coles atyrusb@choiceonemail.com  
                                                                                                         TOTAL: 5