IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>**TAYE C. COLES**<br><br>Debtor<br><br>**TAYE C. COLES**<br>Movant<br><br>v.<br><br>No Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Bankruptcy No. **16-23777**<br><br>Chapter **7**<br><br>Related to Document No. |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I,   **Russell A. Burdelski, Esquire 72688   PA**   , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

ALLEGHENY HEALTH NETWORK

PO BOX 645266

Pittsburgh, PA 15264-5266


AMEX

c/o URS LP

PO BOX 722929

Houston, TX 77272-2929

ASPIRE VISA

PO BOX 105555

Atlanta, GA 30348-5555


BANK OF NEW YORK MELLON

1270 NORTHLAND DRIVE

STE 200

Saint Paul, MN 55120


BANK OF NEW YORK MELLON

C/O KLM LAW GROUP

701 MARKET STREET

STE 5000

Philadelphia, PA 19106


BANKFIRST

c/o ASSEST ACCEPTANCE

PO BOX 2036

Warren, MI 48093


CAVALRY KEY BANK

c/o CBCS

PO BOX 69

Columbus, OH 43216

HOUSEHOLD RETAIL

c/o SCS

PO BOX 9100

Farmingdale, NY 11735-9100


JPMORGAN CHASE BANK

3415 VISION DRIVE

Columbus, OH 43219


NOVAK, BERKOWITZ & ROSENBERG

532 S AIKEN STREET

SUITE 520

Pittsburgh, PA 15232


PARTNERS IN NEPHRO & ENDO

5171 LIBERTY AVENUE

Pittsburgh, PA 15224-2254


RJM ACQUISITIONS

PO BOX 18006

Hauppauge, NY 11788-8806


VERIZON WIRELESS

PO BOX 25505

Lehigh Valley, PA 18002-5505

WPHAS- PHYSICIAL

c/o CREDIT MANAGEMENT

PO BOX 16341

Pittsburgh, PA 15242

By: **/s/ Russell A. Burdelski, Esquire   11/04/16**
Signature
**Russell A. Burdelski, Esquire 72688   PA**
Typed Name
**1020 PERRY HIGHWAY**
**Pittsburgh, PA 15237    atyrusb@choiceonemail.com**
Address
**(412) 366-1511 Fax:(412) 366-1711**
Phone No.
**72688   PA**
List Bar I.D. and State of Admission