AT&T EMP PGH FCU
635 GRANT ST
PITTSBURGH PA 15219

VACATION LOANS, GRADUATION LOANS, CAR LOANS, CHECKING, ON-LINE BANKING & MORE! CALL FOR INFO.

For Inquiries Call : 412-227-7210

TAYE C COLES
569 LOBINGER AVENUE
N BRADDOCK PA 15104

**Member Number** 54770

**Statement Period** 4/01/16 to 4/30/16

**Page** 1

| Date | | Description | Amount | Balance |
|---|---|---|---|---|
| * BEGINNING BALANCE-SVGS-01 | | | | 25.46 |
| 4/20 | E | SHARE TRANSFER - ATM 04/19 MUNHALL PA, 600 EAST 8TH AVENU 002364 | 5.35 | 30.81 |
| * BEGINNING BALANCE-DRFT-07 | | | | 60.35 |
| 4/04 | E | SHARE WITHDRAWAL - ATM 04/02 MUNHALL PA, 600 EAST 8TH AVENU 009115 | 40.00- | 20.35 |
| 4/20 | E | SSA/XXSOC SEC | 1,529.00 | 1,549.35 |
| 4/20 | E | SHARE TRANSFER - ATM 04/19 MUNHALL PA, 600 EAST 8TH AVENU 002364 | 5.35- | 1,544.00 |
| 4/22 | E | POS - PURCHASE 04/21 800-VERIZON TX, VERIZON*ONETIMEPAY | 124.00- | 1,420.00 |
| 4/25 | E | POS - PURCHASE 04/22 800-VERIZON TX, VERIZON*ONETIMEPAY | 236.35- | 1,183.65 |

Financial Statement Summary

| | | | | | This Period | Year-to-date |
|---|---|---|---|---|---|---|
| YTD Non-Mortgage Interest | 0.00 | YTD Non-IRA Dividend | 0.00 | Total Overdraft Fees | 0.00 | 0.00 |
| YTD Mortgage Interest | 0.00 | YTD IRA Dividends | 0.00 | Total Returned Item Fees | 0.00 | 0.00 |

AT&T EMP PGH FCU
635 GRANT ST
PITTSBURGH PA 15219

VACATION LOANS, GRADUATION LOANS, CAR LOANS, CHECKING, ON-LINE BANKING & MORE! CALL FOR INFO.

For Inquiries Call : 412-227-7210

TAYE C COLES
569 LOBINGER AVENUE
N BRADDOCK PA 15104

**Member Number** 54770

**Statement Period** 5/01/16 to 5/31/16

**Page** 1

| Date | Description | Amount | Balance |
|---|---|---|---|
| | * SHARE BALANCE - 01 - LAST ACTIVITY DATE - 4/20/16 | | 30.81 |
| | * BEGINNING BALANCE-DRFT-07 | | 1,183.65 |
| 5/03 | DRAFT WITHDRAWAL - CHECK | 1,100.00- | 83.65 |
| 5/06 E | POS - PURCHASE 05/05 PITTSBURGH PA, GIANT-EAGLE #0 201 | 24.03- | 59.62 |
| 5/10 E | SHARE WITHDRAWAL - ATM 05/09 MUNHALL PA, 600 EAST 8TH AVENU 006629 | 40.00- | 19.62 |
| 5/18 E | SSA/XXSOC SEC | 1,529.00 | 1,548.62 |
| 5/23 E | POS - PURCHASE 05/23 BASKING RIDG NJ, VERIZON/USPMNTSBIL | 122.00- | 1,426.62 |
| 5/23 E | POS - PURCHASE 05/23 PITTSBURGH PA, GIANT-EAGLE #0 740 | 209.34- | 1,217.28 |

Financial Statement Summary

| | | | | | This Period | Year-to-date |
|---|---|---|---|---|---|---|
| YTD Non-Mortgage Interest | 0.00 | YTD Non-IRA Dividend | 0.00 | Total Overdraft Fees | 0.00 | 0.00 |
| YTD Mortgage Interest | 0.00 | YTD IRA Dividends | 0.00 | Total Returned Item Fees | 0.00 | 0.00 |

AT&T EMP PGH FCU
635 GRANT ST
PITTSBURGH PA 15219

VACATION LOANS, GRADUATION LOANS, CAR LOANS, CHECKING, ON-LINE BANKING & MORE! CALL FOR INFO.

For Inquiries Call : 412-227-7210

TAYE C COLES
569 LOBINGER AVENUE
N BRADDOCK PA 15104

**Member Number** 54770

**Statement Period** 6/01/16 to 6/30/16

**Page** 1

| Date | | Description | | Amount | Balance |
|---|---|---|---|---|---|
| * SHARE BALANCE - 01 - LAST ACTIVITY DATE - 4/20/16 | | | | | 30.81 |
| * BEGINNING BALANCE-DRFT-07 | | | | | 1,217.28 |
| 6/01 | | DRAFT WITHDRAWAL - CHECK | | 504.91- | 712.37 |
| 6/01 | E | POS - PURCHASE 06/01 NORTH VERSAI PA, WAL-MART #2588 | | 30.16- | 682.21 |
| 6/07 | E | POS - PURCHASE 06/06 FOREST HILLS PA, ALDI 69056 062 | | 19.95- | 662.26 |
| 6/08 | E | POS - PURCHASE 06/08 PITTSBURGH PA, PROCARE AUTO 0000 248 | | 483.32- | 178.94 |
| 6/14 | E | SHARE WITHDRAWAL - ATM 06/13 MUNHALL PA, 600 EAST 8TH AVENU | 003844 | 20.00- | 158.94 |
| *6/15 | E | SSA/XXSOC SEC | | 1,529.00 | 1,687.94 |
| 6/15 | E | POS - PURCHASE 06/15 BRADDOCK PA, HOCKY BROS AUTO PA 53238 | | 25.25- | 1,662.69 |
| 6/20 | E | POS - PURCHASE 06/17 BASKING RIDG NJ, VERIZON/USPMNTSBIL | | 120.00- | 1,542.69 |
| 6/21 | E | SHARE WITHDRAWAL - ATM 06/21 MUNHALL PA, 600 EAST 8TH AVENU | 005347 | 100.00- | 1,442.69 |
| 6/27 | | DRAFT WITHDRAWAL - CHECK | | 1,400.00- | 42.69 |
| 6/27 | E | POS - PURCHASE 06/24 PITTSBURGH PA, LKINSBURG BEVE 257 | | 15.23- | 27.46 |
| 6/30 | E | POS - PURCHASE 06/29 PITTSBURGH PA, P & A BEER DISTRIB 304 | | 16.35- | 11.11 |

Financial Statement Summary

| | | | | | This Period | Year-to-date |
|---|---|---|---|---|---|---|
| YTD Non-Mortgage Interest | 0.00 | YTD Non-IRA Dividend | 0.00 | Total Overdraft Fees | 0.00 | 0.00 |
| YTD Mortgage Interest | 0.00 | YTD IRA Dividends | 0.00 | Total Returned Item Fees | 0.00 | 0.00 |

AT&T FCU
635 GRANT ST
PITTSBURGH PA 15219

AUTO LOANS START AT 1.98% 60 MOS.
BACK TO SCHOOL $5K @ 4.50% 24 MOS.
ONLINE BANKING....CALL FOR INFO.

For Inquiries Call : 412-227-7210

TAYE C COLES
569 LOBINGER AVENUE
N BRADDOCK PA 15104

**Member Number** 54770

**Statement Period** 7/01/16 to 7/31/16

**Page** 1

| Date | | Description | Amount | Balance |
|---|---|---|---|---|
| * BEGINNING BALANCE-SVGS-01 | | | | 30.81 |
| 7/08 | E | SHARE WITHDRAWAL - ATM 07/08 MUNHALL PA, 600 EAST 8TH AVENU 009059 | 20.00- | 10.81 |
| 7/21 | E | SHARE TRANSFER - ATM 07/21 SEWICKLEY PA, 2601 WEXFORD BAYNE 0060 | 40.11 | 50.92 |
| * BEGINNING BALANCE-DRFT-07 | | | | 11.11 |
| 7/20 | E | SSA/XXSOC SEC | 1,529.00 | 1,540.11 |
| 7/21 | E | SHARE WITHDRAWAL - ATM 07/21 SEWICKLEY PA, 2601 WEXFORD BAYNE 0060 | 300.00- | 1,240.11 |
| 7/21 | E | SHARE TRANSFER - ATM 07/21 SEWICKLEY PA, 2601 WEXFORD BAYNE 0060 | 40.11- | 1,200.00 |
| 7/25 | E | POS - PURCHASE 07/24 BASKING RIDG NJ, VERIZON/USPMNTSBIL | 265.00- | 935.00 |
| 7/25 | E | POS - PURCHASE 07/24 HOMESTEAD PA, GIANT-EAGLE #6 7709 | 47.93- | 887.07 |
| 7/26 | E | POS - PURCHASE 07/26 PITTSBURGH PA, GIANT-EAGLE #0 027 | 36.95- | 850.12 |
| 7/26 | | DRAFT # 1476 | 30.00- | 820.12 |
| 7/27 | E | POS - PURCHASE 07/27 412-3511070 PA, IN *FRANK & ROZ AU | 77.83- | 742.29 |
| 7/27 | E | POS - PURCHASE 07/27 PITTSBURGH PA, PIZZA HUT 024013 441 | 15.72- | 726.57 |
| 7/29 | E | SHARE WITHDRAWAL - ATM 07/29 MUNHALL PA, 600 EAST 8TH AVENU 003349 | 160.00- | 566.57 |

Check Clearing Summary * Gap In Check Sequence

| Date | Number | Amount | Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|---|---|---|
| 7/26 | 1476 | 30.00 | | | | | | |

Financial Statement Summary

| | | | | | This Period | Year-to-date |
|---|---|---|---|---|---|---|
| YTD Non-Mortgage Interest | 0.00 | YTD Non-IRA Dividend | 0.00 | Total Overdraft Fees | 0.00 | 0.00 |
| YTD Mortgage Interest | 0.00 | YTD IRA Dividends | 0.00 | Total Returned Item Fees | 0.00 | 0.00 |

AT&T EMP PGH FCU
635 GRANT ST
PITTSBURGH PA 15219

AUTO LOANS START AT 1.98% 60 MOS.
BACK TO SCHOOL $5K @ 4.50% 24 MOS.
ONLINE BANKING....CALL FOR INFO.

For Inquiries Call : 412-227-7210

TAYE C COLES
569 LOBINGER AVENUE
N BRADDOCK PA 15104

**Member Number** 54770

**Statement Period** 8/01/16 to 8/31/16

**Page** 1

| Date | Description | Amount | Balance |
|---|---|---|---|
| * BEGINNING BALANCE-SVGS-01 | | | 50.92 |
| 8/03 E | SHARE WITHDRAWAL - ATM 08/03 MUNHALL PA, 600 EAST 8TH AVENU 004399 | 20.00- | 30.92 |
| * BEGINNING BALANCE-DRFT-07 | | | 566.57 |
| 8/01 E | POS - PURCHASE 07/30 SWISSVALE PA, SUNOCO 0363174 8443 | 2.50- | 564.07 |
| 8/01 E | POS - PURCHASE 07/31 PITTSBURGH PA, GET GO #3619 513 | 30.00- | 534.07 |
| 8/02 E | POS - PURCHASE 08/01 PITTSBURGH PA, GIANT-EAGLE #0 369 | 39.89- | 494.18 |
| 8/03 E | SHARE WITHDRAWAL - ATM 08/03 MUNHALL PA, 600 EAST 8TH AVENU 004398 | 300.00- | 194.18 |
| 8/04 | DRAFT # 1477 | 60.00- | 134.18 |
| 8/10 E | HUNTINGTON_ONLN /ETRANSFER | 85.00- | 49.18 |
| 8/15 E | POS - PURCHASE 08/14 PITTSBURGH PA, GIANT-EAGLE #0 967 | 19.08- | 30.10 |
| 8/17 E | SSA/XXSOC SEC | 1,529.00 | 1,559.10 |
| 8/17 E | SHARE WITHDRAWAL - ATM 08/17 MUNHALL PA, 600 EAST 8TH AVENU 007255 | 160.00- | 1,399.10 |
| 8/18 E | POS - PURCHASE 08/17 PITTSBURGH PA, SWISSVALE AUTO 604 | 159.38- | 1,239.72 |
| 8/18 E | POS - PURCHASE 08/18 PITTSBURGH PA, GIANT-EAGLE #0 500 | 52.19- | 1,187.53 |
| 8/19 E | POS - PURCHASE 08/18 HOMESTEAD PA, NILU ENTERPRISES H 3761 | 10.00- | 1,177.53 |
| 8/22 E | POS - PURCHASE 08/20 412-3511070 PA, IN *FRANK & ROZ AU | 133.75- | 1,043.78 |
| 8/22 E | POS - PURCHASE 08/21 BASKING RIDG NJ, VERIZON/USPMNTSBIL | 205.00- | 838.78 |
| 8/22 E | POS - PURCHASE 08/21 NORTH VERSAI PA, WAL-MART #2588 | 34.41- | 804.37 |
| 8/23 E | POS - PURCHASE 08/23 412-3511070 PA, IN *FRANK & ROZ AU | 85.59- | 718.78 |
| 8/24 E | POS - PURCHASE 08/24 PITTSBURGH PA, 2110 ARDMORE BLVD 637 | 8.00- | 710.78 |
| 8/25 E | POS - PURCHASE 08/25 PITTSBURGH PA, SUNOCO 0261894 781 | 10.00- | 700.78 |
| 8/29 E | SHARE WITHDRAWAL - ATM 08/26 MUNHALL PA, 600 EAST 8TH AVENU 009268 | 400.00- | 300.78 |
| 8/29 E | SHARE WITHDRAWAL - ATM 08/29 MUNHALL PA, 600 EAST 8TH AVENU 009747 | 80.00- | 220.78 |

Check Clearing Summary * Gap In Check Sequence

| Date | Number | Amount | Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|---|---|---|
| 8/04 | 1477 | 60.00 | | | | | | |

Financial Statement Summary

| | | | | | This Period | Year-to-date |
|---|---|---|---|---|---|---|
| YTD Non-Mortgage Interest | 0.00 | YTD Non-IRA Dividend | 0.00 | Total Overdraft Fees | 0.00 | 0.00 |
| YTD Mortgage Interest | 0.00 | YTD IRA Dividends | 0.00 | Total Returned Item Fees | 0.00 | 0.00 |

AT&T EMP PGH FCU
635 GRANT ST
PITTSBURGH PA 15219

AUTO LOANS START AT 1.98% 60 MOS.
HALLOWEEN LOAN OCT. 3 - NOV. 30.
ONLINE BANKING....CALL FOR INFO.

For Inquiries Call : 412-227-7210

TAYE C COLES
569 LOBINGER AVENUE
N BRADDOCK PA 15104

**Member Number** 54770

**Statement Period** 9/01/16 to 9/30/16

**Page** 1

| Date | | Description | Amount | Balance |
|---|---|---|---|---|
| * BEGINNING BALANCE-SVGS-01 | | | | 30.92 |
| 9/22 | E | SHARE TRANSFER - ATM 09/21 MUNHALL PA, 600 EAST 8TH AVENU 004573 | 16.79 | 47.71 |
| * BEGINNING BALANCE-DRFT-07 | | | | 220.78 |
| 9/06 | | DRAFT # 1478 | 20.00- | 200.78 |
| 9/08 | E | POS - PURCHASE 09/07 PITTSBURGH PA, GIANT-EAGLE #0 470 | 49.66- | 151.12 |
| 9/12 | E | POS - PURCHASE 09/11 PITTSBURGH PA, GIANT-EAGLE #0 241 | 15.50- | 135.62 |
| 9/13 | E | SHARE WITHDRAWAL - ATM 09/12 MUNHALL PA, 600 EAST 8TH AVENU 002789 | 20.00- | 115.62 |
| 9/13 | E | POS - PURCHASE 09/12 PITTSBURGH PA, CVS/PHARMACY # 138 | 50.79- | 64.83 |
| 9/19 | E | POS - PURCHASE 09/17 PITTSBURGH PA, GIANT-EAGLE #0 411 | 7.75- | 57.08 |
| 9/19 | E | POS - PURCHASE 09/19 PITTSBURGH PA, GIANT-EAGLE #0 532 | 9.29- | 47.79 |
| ★9/21 | E | SSA/XXSOC SEC | 1,529.00 | 1,576.79 |
| 9/22 | E | SHARE TRANSFER - ATM 09/21 MUNHALL PA, 600 EAST 8TH AVENU 004573 | 16.79- | 1,560.00 |
| 9/22 | E | SHARE WITHDRAWAL - ATM 09/21 MUNHALL PA, 600 EAST 8TH AVENU 004574 | 300.00- | 1,260.00 |
| 9/23 | E | POS - PURCHASE 09/22 800-VERIZON TX, VERIZON*ONETIMEPAY | 245.00- | 1,015.00 |
| 9/26 | E | POS - PURCHASE 09/24 FOREST HILLS PA, AUTOZONE 4689 | 13.35- | 1,001.65 |
| 9/26 | E | POS - PURCHASE 09/24 PITTSBURGH PA, GIANT-EAGLE #0 884 | 26.43- | 975.22 |
| 9/26 | E | SHARE WITHDRAWAL - ATM 09/26 MUNHALL PA, 600 EAST 8TH AVENU 005529 | 300.00- | 675.22 |
| 9/28 | E | LEGACY VISA PYMT/PAYMENT | 55.00- | 620.22 |

Check Clearing Summary * Gap In Check Sequence

| Date | Number | Amount | Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|---|---|---|
| 9/06 | 1478 | 20.00 | | | | | | |

Financial Statement Summary

| | | | | | This Period | Year-to-date |
|---|---|---|---|---|---|---|
| YTD Non-Mortgage Interest | 0.00 | YTD Non-IRA Dividend | 0.00 | Total Overdraft Fees | 0.00 | 0.00 |
| YTD Mortgage Interest | 0.00 | YTD IRA Dividends | 0.00 | Total Returned Item Fees | 0.00 | 0.00 |

 1-888-910-4100
Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

Checking Account Statement

ROP450
P.O. Box 7000
Providence, RI 02940

Beginning March 18, 2016
through April 19, 2016

TAYE C. COLES
569 LOBINGER AVE
BRADDOCK PA 15104-2262

## Checking

US702

TAYE C. COLES
**One Deposit Checking**
[redacted]-217-8

SUMMARY

**Balance Calculation**

| | | |
|---|---|---|
| Previous Balance | 12.66 | |
| Checks | .00 | - |
| Withdrawals & Debits | 193.12 | - |
| Deposits & Credits | 290.00 | + |
| **Current Balance** | 109.54 | = |

The monthly maintenance fee of $9.99 will be waived if at least 1 deposit is posted to your account before the end of your statement period.
Your account had at least 1 deposit posted during this statement period.
Your next statement period will end on May 18, 2016.

Previous Balance 12.66

TRANSACTION DETAILS

**Withdrawals & Debits**

**ATM/Purchases**

| Date | Amount | Description |
|---|---|---|
| 03/24 | 9.38 | 1474 POS Debit - 770391 Giant-Eagle #0 Pittsburgh PA |
| 04/01 | 125.00 | 1474 POS Debit - 270008 Verizon*onetimep M TX |
| 04/01 | 15.00 | 1474 POS Debit - 418849 Sunoco 0261894 Pittsburgh PA |
| 04/08 | 12.56 | 1474 POS Debit - 770380 Giant-Eagle #0 Pittsburgh PA |
| 04/18 | 2.00 | 1474 POS Debit - 770391 Giant-Eagle #0 Pittsburgh PA |
| 04/18 | 15.01 | 1474 POS Debit - 419084 Sunoco 0363174 Swissvale PA |

**Other Withdrawals & Debits**

| Date | Amount | Description |
|---|---|---|
| 04/13 | 14.17 | Basic Talk Telecom 160412 1650141 |

Total Withdrawals & Debits 193.12

**Deposits & Credits**

| Date | Amount | Description |
|---|---|---|
| 03/30 | 170.00 | Deposit |
| 04/18 | 120.00 | Deposit |

Total Deposits & Credits 290.00

Current Balance 109.54

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/24 | 3.28 | 04/01 | 33.28 | 04/13 | 6.55 |
| 03/30 | 173.28 | 04/08 | 20.72 | 04/18 | 109.54 |

Member FDIC Equal Housing Lender


1-888-910-4100
Call Citizens PhoneBank anytime for account information, current rates and answers to your questions.

Checking Account Statement

Beginning March 18, 2016 through April 19, 2016

*Checking continued from previous page*

TAYE C. COLES
**One Deposit Checking**
[redacted]7-8

## NEWS FROM CITIZENS

--Open an industry leading credit card today:
Citizens Bank Cash Back Plus(R) World MasterCard(R) - The more you use it, the more you earn. This card pays you 1.5% cash back on all your eligible purchases, plus if you take advantage of our Purchase and Relationship Bonuses you can earn even more for a total of 1.8% cash back! To enroll, visit citizensbank.com/creditcard or call 1-800-684-2222. MasterCard(R) is a registered trademark of MasterCard International Incorporated.
--Looking for solutions to take your savings to the next level? Our fixed rate CDs provide a guaranteed return and our promotionally priced Money Market accounts provide an attractive rate with the ability to access your funds when you need them. Or if you need to build an emergency fund for unexpected expenses, our Green Savings(R) account can help you get there. Whatever you're saving for, we have products to help you reach your short- or long-term financial goals. For more information on which accounts and programs are right for you or to open a new account, visit your local branch today or call 1-888-821-3900. Member FDIC. See a banker for FDIC coverage amounts and transaction limitations.


1-888-910-4100
Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

Checking Account Statement

ROP450
P.O. Box 7000
Providence, RI 02940

Beginning April 20, 2016
through May 18, 2016

TAYE C. COLES
569 LOBINGER AVE
BRADDOCK PA 15104-2262

## Checking

US702

TAYE C. COLES
**One Deposit Checking**
[redacted]-217-8

**SUMMARY**

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 109.54 |
| Checks | .00 - |
| Withdrawals & Debits | 117.35 - |
| Deposits & Credits | 90.00 + |
| **Current Balance** | 82.19 = |

The monthly maintenance fee of $9.99 will be waived if at least 1 deposit is posted to your account before the end of your statement period.
Your account had at least 1 deposit posted during this statement period.
Your next statement period will end on June 17, 2016.

**Previous Balance** 109.54

**TRANSACTION DETAILS**

**Withdrawals & Debits**

**ATM/Purchases**

| Date | Amount | Description |
|---|---|---|
| 05/03 | 2.67 | 1474 POS Debit - 770006 Giant-Eagle #0 Pittsburgh PA |
| 05/10 | 8.00 | 1474 Dbt Purchase - 059124 PA Childabuseclear7 16 PA |
| 05/16 | 2.50 | 1474 POS Debit - 770390 Giant-Eagle #0 Pittsburgh PA |
| 05/16 | 5.01 | 1474 POS Debit - 134365 Swissvale Valero Pittsburgh PA |

**Other Withdrawals & Debits**

| Date | Amount | Description |
|---|---|---|
| 04/21 | 85.00 | Vz Wireless Ve Vzw Webpay 160420 2744122 |
| 05/13 | 14.17 | Basic Talk Telecom 160512 7485323 |

**Total Withdrawals & Debits** 117.35

**Deposits & Credits**

| Date | Amount | Description |
|---|---|---|
| 05/11 | 25.00 | Deposit |
| 05/18 | 65.00 | Deposit |

**Total Deposits & Credits** 90.00

**Current Balance** 82.19

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/21 | 24.54 | 05/11 | 38.87 | 05/16 | 17.19 |
| 05/03 | 21.87 | 05/13 | 24.70 | 05/18 | 82.19 |
| 05/10 | 13.87 | | | | |



1-888-910-4100
Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

Checking Account Statement

Beginning April 20, 2016 through May 18, 2016

*Checking continued from previous page*

TAYE C. COLES
**One Deposit Checking**
-217-8

## NEWS FROM CITIZENS

--Open an industry leading credit card today:
Citizens Bank Cash Back Plus(R) World MasterCard(R) - The more you use it, the more you earn. This card pays you 1.5% cash back on all your eligible purchases, plus if you take advantage of our Purchase and Relationship Bonuses you can earn even more for a total of 1.8% cash back! To enroll, visit citizensbank.com/creditcard or call 1-800-684-2222. MasterCard(R) is a registered trademark of MasterCard International Incorporated.
--Looking for solutions to take your savings to the next level? Our fixed rate CDs provide a guaranteed return and our promotionally priced Money Market accounts provide an attractive rate with the ability to access your funds when you need them. Or if you need to build an emergency fund for unexpected expenses, our Green Savings(R) account can help you get there. Whatever you're saving for, we have products to help you reach your short- or long-term financial goals. For more information on which accounts and programs are right for you or to open a new account, visit your local branch today or call 1-888-821-3900. Member FDIC. See a banker for FDIC coverage amounts and transaction limitations.





1-888-910-4100
Call Citizens PhoneBank anytime for account information, current rates and answers to your questions.

Checking Account Statement

1 OF 2

Beginning May 19, 2016 through June 17, 2016

ROP450
P.O. Box 7000
Providence, RI 02940

TAYE C. COLES
569 LOBINGER AVE
BRADDOCK PA 15104-2262

## Checking

US702

TAYE C. COLES
One Deposit Checking
-217-8

SUMMARY

### Balance Calculation

| | |
|---|---|
| Previous Balance | 82.19 |
| Checks | .00 - |
| Withdrawals & Debits | 96.17 - |
| Deposits & Credits | 25.00 + |
| **Current Balance** | 11.02 = |

The monthly maintenance fee of $9.99 will be waived if at least 1 deposit is posted to your account before the end of your statement period.
Your account had at least 1 deposit posted during this statement period.
Your next statement period will end on July 20, 2016.

TRANSACTION DETAILS

Previous Balance 82.19

### Withdrawals & Debits

**ATM/Purchases**

| Date | Amount | Description |
|---|---|---|
| 05/20 | 14.00 | 1474 Dbt Purchase - 1 Wilkins Fuel Exprepittsburgh PA |
| 06/14 | 6.00 | 1474 POS Debit - 770002 Giant-Eagle #0 Pittsburgh PA |

**Other Withdrawals & Debits**

| Date | Amount | Description |
|---|---|---|
| 05/20 | 62.00 | Vz Wireless Ve Vzw Webpay 160519 9298172 |
| 06/13 | 14.17 | Basic Talk Telecom 160612 7185996 |

Total Withdrawals & Debits 96.17

### Deposits & Credits

| Date | Amount | Description |
|---|---|---|
| 06/13 | 25.00 | Deposit |

Total Deposits & Credits 25.00

Current Balance 11.02

### Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/20 | 6.19 | 06/13 | 17.02 | 06/14 | 11.02 |

NEWS FROM CITIZENS

--We're a leader in student lending with more loan options than anyone.
Our innovative products give you choices. Lots of them: a choice of repayment terms, a multi-year borrowing option for eligible applicants, fixed rate, variable rate and more.


**1-888-910-4100**
Call Citizens PhoneBank anytime for account information, current rates and answers to your questions.

Checking Account Statement

2 OF 2

Beginning May 19, 2016
through June 17, 2016

*Checking continued from previous page*

TAYE C. COLES
**One Deposit Checking**
[redacted]217-8

## NEWS FROM CITIZENS (continued)

So Ask a Citizen about our full spectrum of loan options.
CALL 866-999-0074
CLICK citizensbank.com/student
--Open an industry leading credit card today:
Citizens Bank Cash Back Plus(R) World MasterCard(R) - The more you use it, the more you earn. This card pays you 1.5% cash back on all your eligible purchases, plus if you take advantage of our Purchase and Relationship Bonuses you can earn even more for a total of 1.8% cash back! To enroll, visit citizensbank.com/creditcard or call 1-800-684-2222.
MasterCard(R) is a registered trademark of MasterCard International Incorporated.

Member FDIC Equal Housing Lender

 1-888-910-4100
Call Citizens PhoneBank anytime for account information, current rates and answers to your questions.

Checking Account Statement

1 OF 2

ROP450
P.O. Box 7000
Providence, RI 02940

Beginning June 18, 2016
through July 20, 2016

TAYE C. COLES
569 LOBINGER AVE
BRADDOCK PA 15104-2262

## Checking

US702

TAYE C. COLES
**One Deposit Checking**
[redacted]-217-8

SUMMARY

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 11.02 |
| Checks | .00 - |
| Withdrawals & Debits | 250.13 - |
| Deposits & Credits | 260.00 + |
| **Current Balance** | 20.89 = |

The monthly maintenance fee of $9.99 will be waived if at least 1 deposit is posted to your account before the end of your statement period.
Your account had at least 1 deposit posted during this statement period.
Your next statement period will end on August 17, 2016.

Previous Balance 11.02

TRANSACTION DETAILS

**Withdrawals & Debits**

**ATM/Purchases**

| Date | Amount | Description |
|---|---|---|
| 06/28 | 9.73 | 1474 POS Debit - 770391 Giant-Eagle #0 Pittsburgh PA |
| 07/06 | 57.00 | 1474 POS Debit - 935850 Kennywood Messengenorth Vers Ailpa |
| 07/07 | 10.00 | 1474 POS Debit - 419994 Sunoco 0364134 East Pitts Burpa |
| 07/11 | 11.78 | 1474 POS Debit - 770391 Giant-Eagle #0 Pittsburgh PA |
| 07/12 | 12.21 | 1474 POS Debit - 770391 Giant-Eagle #0 Pittsburgh PA |
| 07/18 | 6.70 | 1474 POS Debit - 770390 Giant-Eagle #0 Pittsburgh PA |
| 07/18 | 13.27 | 1474 POS Debit - 770391 Giant-Eagle #0 Pittsburgh PA |
| 07/19 | 90.00 | 1474 Dbt Purchase - 367078 Verizon Wrls Myacc800-922020 4 CA |
| 07/19 | 25.27 | 1474 POS Debit - 290381 Giant Eagle #0 West Miffl IN PA |

**Other Withdrawals & Debits**

| Date | Amount | Description |
|---|---|---|
| 07/13 | 14.17 | Basic Talk Telecom 160712 8001952 |

Total Withdrawals & Debits 250.13

**Deposits & Credits**

| Date | Amount | Description |
|---|---|---|
| 06/22 | 100.00 | Deposit |
| 06/29 | 20.00 | Acct Credit (Described IN The Letter 06/23/16, Code Drcr) |
| 07/18 | 140.00 | Deposit |

Total Deposits & Credits 260.00

Current Balance 20.89


1-888-910-4100
Call Citizens PhoneBank anytime for account information, current rates and answers to your questions.

Checking Account Statement

Beginning June 18, 2016 through July 20, 2016

TAYE C. COLES
**One Deposit Checking**
[redacted]-217-8

*Checking continued from previous page*

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/22 | 111.02 | 07/07 | 54.29 | 07/13 | 16.13 |
| 06/28 | 101.29 | 07/11 | 42.51 | 07/18 | 136.16 |
| 06/29 | 121.29 | 07/12 | 30.30 | 07/19 | 20.89 |
| 07/06 | 64.29 | | | | |

NEWS FROM CITIZENS

--Looking for an easy way to save? A Citizens Bank(R) savings account is just what you need. Simply open an account, set up automatic transfers with Steady Save(R) and watch your savings grow. You set a schedule to have funds automatically transferred from your checking account and you can change your savings amount or transfer date anytime. For more information stop in any branch or call 888-821-3900.
--Open an industry leading credit card today:
Citizens Bank Cash Back Plus(R) World MasterCard(R) - The more you use it, the more you earn. This card pays you 1.5% cash back on all your eligible purchases, plus if you take advantage of our Purchase and Relationship Bonuses you can earn even more for a total of 1.8% cash back! To enroll, visit citizensbank.com/creditcard or call 1-800-684-2222.
MasterCard(R) is a registered trademark of MasterCard International Incorporated.



1-888-910-4100
Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

Checking Account Statement

1 OF 2

ROP450
P.O. Box 7000
Providence, RI 02940

Beginning July 21, 2016
through August 17, 2016

TAYE C. COLES
569 LOBINGER AVE
BRADDOCK PA 15104-2262

US702

TAYE C. COLES
One Deposit Checking
[redacted]-217-8

## Checking

SUMMARY

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 20.89 |
| Checks | .00 - |
| Withdrawals & Debits | 176.37 - |
| Deposits & Credits | 375.00 + |
| **Current Balance** | 219.52 = |

The monthly maintenance fee of $9.99 will be waived if at least 1 deposit is posted to your account before the end of your statement period.
Your account had at least 1 deposit posted during this statement period.
Your next statement period will end on September 20, 2016.

Previous Balance 20.89

TRANSACTION DETAILS

**Withdrawals & Debits**

**ATM/Purchases**

| Date | Amount | Description |
|---|---|---|
| 07/25 | 24.75 | 1474 POS Debit - 190382 Giant-Eagle #0 Pittsburgh PA |
| 07/26 | 10.30 | 1474 POS Debit - 190380 Giant-Eagle #0 Pittsburgh PA |
| 07/26 | 20.00 | 1474 POS Debit - 418064 Optima 0717224 North Vers Ailpa |
| 08/01 | 27.36 | 1474 POS Debit - 770004 Giant-Eagle #0 Pittsburgh PA |
| 08/12 | 29.79 | 1474 POS Debit - 304091 CVS/Pharmacy # Pittsburgh PA |

**Other Withdrawals & Debits**

| Date | Amount | Description |
|---|---|---|
| 07/27 | 50.00 | Legacy VISA Pymt Payment 160726 423980104010312 |
| 08/15 | 14.17 | Basic Talk Telecom 160812 8841838 |

Total Withdrawals & Debits 176.37

**Deposits & Credits**

| Date | Amount | Description |
|---|---|---|
| 07/25 | 115.00 | Deposit |
| 08/08 | 100.00 | Deposit |
| 08/17 | 160.00 | Deposit |

Total Deposits & Credits 375.00

Current Balance 219.52



1-888-910-4100
Call Citizens PhoneBank anytime for account information, current rates and answers to your questions.

Checking Account Statement

Beginning July 21, 2016
through August 17, 2016

*Checking continued from previous page*

TAYE C. COLES
**One Deposit Checking**
[redacted]-217-8

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/25 | 111.14 | 08/01 | 3.48 | 08/15 | 59.52 |
| 07/26 | 80.84 | 08/08 | 103.48 | 08/17 | 219.52 |
| 07/27 | 30.84 | 08/12 | 73.69 | | |

**NEWS FROM CITIZENS**

--Open an industry leading credit card today:
Citizens Bank Cash Back Plus(R) World MasterCard(R) - The more you use it, the more you earn. This card pays you 1.5% cash back on all your eligible purchases, plus if you take advantage of our Purchase and Relationship Bonuses you can earn even more for a total of 1.8% cash back! To enroll, visit citizensbank.com/creditcard or call 1-800-684-2222.
MasterCard(R) is a registered trademark of MasterCard International Incorporated.



1-888-910-4100
Call Citizens OneBank anytime for account information, current rates and answers to your questions.

Checking Account Statement

ROP450
P.O. Box 7000
Providence, RI 02940

Beginning August 18, 2016
through September 20, 2016

TAYE C. COLES
569 LOBINGER AVE
BRADDOCK PA 15104-2262

## Checking

US702

TAYE C. COLES
One Deposit Checking
[redacted]-217-8

SUMMARY

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 219.52 |
| Checks | .00 - |
| Withdrawals & Debits | 222.17 - |
| Deposits & Credits | 110.00 + |
| **Current Balance** | 107.35 = |

The monthly maintenance fee of $9.99 will be waived if at least 1 deposit is posted to your account before the end of your statement period.
Your account had at least 1 deposit posted during this statement period.
Your next statement period will end on October 20, 2016.

Previous Balance 219.52

TRANSACTION DETAILS

**Withdrawals & Debits**

**ATM/Purchases**

| Date | Amount | Description |
|---|---|---|
| 08/18 | 200.00 | 1474 POS Debit - 770080 Giant-Eagle #0 Pittsburgh PA |
| 08/19 | 8.00 | 1474 POS Debit - 419084 Sunoco 0363174 Swissvale PA |

**Other Withdrawals & Debits**

| Date | Amount | Description |
|---|---|---|
| 09/13 | 14.17 | Basic Talk Telecom 160912 9822372 |

Total Withdrawals & Debits 222.17

**Deposits & Credits**

| Date | Amount | Description |
|---|---|---|
| 09/12 | 10.00 | Deposit |
| 09/19 | 100.00 | Deposit |

Total Deposits & Credits 110.00

Current Balance 107.35

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/18 | 19.52 | 09/12 | 21.52 | 09/19 | 107.35 |
| 08/19 | 11.52 | 09/13 | 7.35 | | |

NEWS FROM CITIZENS

--Citizens Bank is committed to respecting your privacy and protecting your personal information. Enclosed is a copy of the 2016 Annual Privacy Notice which explains how

 Checking continued from previous page

TAYE C. COLES
One Deposit Checking
[redacted]-217-8

## NEWS FROM CITIZENS (continued)

information is collected and managed, and how you can limit the sharing of that information. If you have any questions about this Privacy Notice, please call us at 877-229-6430 or contact your local branch.
--Looking for an easy way to save? A Citizens Bank(R) savings account is just what you need and you can open with any amount you choose. Simply open an account, set up automatic transfers with Steady Save(R) and watch your savings grow. You set a schedule to have funds automatically transferred from your checking account and you can change your savings amount or transfer date anytime. For more information stop in any branch or call 888-821-3900.
--Open an industry leading credit card today:
Citizens Bank Cash Back Plus(R) World MasterCard(R) - The more you use it, the more you earn. This card pays you 1.5% cash back on all your eligible purchases, plus if you take advantage of our Purchase and Relationship Bonuses you can earn even more for a total of 1.8% cash back! To enroll, visit citizensbank.com/creditcard or call 1-800-684-2222.
MasterCard(R) is a registered trademark of MasterCard International Incorporated.

 1-888-910-4100
Call Citizens PhoneBank anytime for account information, current rates and answers to your questions.

Checking Account Statement

1 OF 2

ROP450
P.O. Box 7000
Providence, RI 02940

Beginning September 21, 2016
through October 20, 2016

TAYE C. COLES
569 LOBINGER AVE
BRADDOCK PA 15104-2262

## Checking

US702

TAYE C. COLES
**One Deposit Checking**
[redacted]-217-8

**SUMMARY**

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 107.35 |
| Checks | .00 - |
| Withdrawals & Debits | 305.87 - |
| Deposits & Credits | 200.00 + |
| **Current Balance** | 1.48 = |

The monthly maintenance fee of $9.99 will be waived if at least 1 deposit is posted to your account before the end of your statement period.
Your account had at least 1 deposit posted during this statement period.
Your next statement period will end on November 18, 2016.

Previous Balance 107.35

**TRANSACTION DETAILS**

**Withdrawals & Debits**

**ATM/Purchases**

| Date | Amount | Description |
|---|---|---|
| 09/23 | 170.06 | 1474 POS Debit - 770081 Giant-Eagle #0 Pittsburgh PA |
| 09/26 | 16.95 | 1474 POS Debit - 770380 Giant-Eagle #0 Pittsburgh PA |
| 10/07 | 14.77 | 1474 Dbt Purchase - 210005 Giant-Eagle #0077 Pittsburgh PA |

**Other Withdrawals & Debits**

| Date | Amount | Description |
|---|---|---|
| 09/22 | 90.00 | Vz Wireless Ve Vzw Webpay 160921 5020827 |
| 10/13 | 14.09 | Basic Talk Telecom 161012 6337729 |

Total Withdrawals & Debits 305.87

**Deposits & Credits**

| Date | Amount | Description |
|---|---|---|
| 09/22 | 200.00 | Deposit |

Total Deposits & Credits 200.00

Current Balance 1.48

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/22 | 217.35 | 09/26 | 30.34 | 10/13 | 1.48 |
| 09/23 | 47.29 | 10/07 | 15.57 | | |


1-888-910-4100
Call Citizens PhoneBank anytime for account information, current rates and answers to your questions.

Checking Account Statement

Beginning September 21, 2016 through October 20, 2016

*Checking continued from previous page*

TAYE C. COLES
**One Deposit Checking**
[redacted]-217-8

## NEWS FROM CITIZENS

--Open an industry leading credit card today:
Citizens Bank Cash Back Plus(R) World MasterCard(R) - The more you use it, the more you earn. This card pays you 1.5% cash back on all your eligible purchases, plus if you take advantage of our Purchase and Relationship Bonuses you can earn even more for a total of 1.8% cash back! To enroll, visit citizensbank.com/creditcard or call 1-800-684-2222. MasterCard(R) is a registered trademark of MasterCard International Incorporated.

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558

TAYE C COLES SR.
569 LOBINGER AVE
BRADDOCK PA 15104-2262

*Have a Question or Concern?*

Stop by your nearest Huntington office or contact us at: Customer Information Privacy Not

1-800-480-BANK (2265)

www.huntington.com

## *Asterisk-Free Checking Account* — *Account: [redacted]5294*

Statement Activity From:
03/09/16 to 04/06/16

| | |
|---|---|
| **Beginning Balance** | **$13.21** |
| Credits (+) | 709.00 |
| Debits (-) | 635.72 |
| Total Fees (-) | 75.00 |
| **Ending Balance** | **$11.49** |
| Average Balance | 179.30 |
| Low Balance | 89.51- |

## *Deposit / Credit Activity (+)* — *Account: [redacted]5294*

| Date | Description | Amount |
|---|---|---|
| 03/11 | DEPOSIT | 72.00 |
| 03/11 | 24-HOUR GRACE OVERDRAFT FEE WAIVER | 37.50 |
| 03/16 | DEPOSIT | 156.00 |
| 03/22 | DEPOSIT | 105.00 |
| 03/25 | DEBIT CARD PROVISIONAL CREDIT ISSUED | 200.00 |
| 04/04 | DEPOSIT | 101.00 |
| 04/04 | 24-HOUR GRACE OVERDRAFT FEE WAIVER | 37.50 |

## *Check Activity (-)* — *Account: [redacted]5294*

| Check # | Amount | Date Paid | Check # | Amount | Date Paid |
|---|---|---|---|---|---|
| 1017S | 100.00 | 04/01 | | | |

(S) Indicates this check was converted to a Substitute Check.
(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement.

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ® and Huntington ® are federally registered service marks of Huntington Bancshares Incorporated. Patent pending for the 24-Hour Grace™ system and method. ©2016 Huntington Bancshares Incorporated.



## *Debit Card / POS Activity (-)*

*Account: 5294*

| Date | Description | Amount |
|---|---|---|
| 03/21 | PURCHASE NATIONAL BILLIN 11855 N. TRYON ST. CHARLOTTE NC 5175458100553989 | 150.00 |
| 03/30 | PURCHASE GIANT-EAGLE #00 GIANT-EAGLE #0254 Yost Bl PITTSBURGH PA 5175458101250775 | 14.50 |
| 04/01 | PURCHASE VERIZON*ONETIME 600 HIDDEN RIDGE EO4N39 800-VERIZON TX 5175458101250775 | 125.00 |
| 04/01 | PURCHASE GIANT-EAGLE #00 GIANT-EAGLE #0254 Yost Bl PITTSBURGH PA 5175458101250775 | 41.18 |

## *Other Withdrawal / Debit Activity (-)*

*Account: 5294*

| Date | Description | Amount |
|---|---|---|
| 03/10 | KEMPER SENIOR SO INS PREM 310LF1161469673 | 84.04 |
| 03/11 | OVERDRAFT FEE | 37.50 |
| 03/22 | VZ WIRELESS VE VZW WEBPAY 160321 9715814 | 86.00 |
| 03/28 | LEGACY VISA PYMT PAYMENT 160327 423980104010312 | 35.00 |
| 04/04 | OVERDRAFT FEE | 37.50 |

## *Total Overdraft Fees and Return Fees Summary*

*Account: 5294*

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $75.00 | $75.00 |
| Total Return Fees | $0.00 | $0.00 |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Refunds of Overdraft and Return Fees | $75.00 | $75.00 |
| *Portion due to 24-Hour Grace Waivers* | $75.00 | $75.00 |

## *Asterisk-Free Checking Balance Activity*

*Account: 5294*

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/08 | 13.21 | 03/21 | 7.17 | 03/30 | 176.67 |
| 03/10 | 70.83- | 03/22 | 26.17 | 04/01 | 89.51- |
| 03/11 | 1.17 | 03/25 | 226.17 | 04/04 | 11.49 |
| 03/16 | 157.17 | 03/28 | 191.17 | | |



**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-BANK or call toll free 1-800-480-BANK, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

    1. Tell us your name and account number (if any).

    2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

    3. Tell us the dollar amount of the suspected error.

We will investigate your complaint or question and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This time period will be 20 business days (instead of 10 business days) if your complaint or question involves a transaction: (i) that was not initiated in any state, territory, or possession of the United States; or (ii) that was a point of sale transaction (other than the purchase of postage stamps from a Huntington ATM); or (iii) that was a Check Card merchant transaction.

**Verification of Electronic Deposits** If you have authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can call to find out whether or not the deposit has been received by us, call either 1-614-480-BANK or call toll free 1-800-480-BANK.

**Balancing Your Statement** - For your convenience, a balancing worksheet is available on our web site www.huntington.com under the Planning & Tools section, or at your local branch.

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558

TAYE C COLES SR.
569 LOBINGER AVE
BRADDOCK PA 15104-2262

*Have a Question or Concern?*

Stop by your nearest Huntington office or contact us at: Customer Information Privacy Not

1-800-480-BANK (2265)

www.huntington.com

## *Asterisk-Free Checking Account* — *Account: [redacted]5294*

Statement Activity From:
04/07/16 to 05/05/16

| | |
|---|---|
| **Beginning Balance** | **$11.49** |
| Credits (+) | 307.00 |
| Debits (-) | 291.75 |
| Total Fees (-) | 0.00 |
| **Ending Balance** | **$26.74** |
| Average Balance | 39.75 |
| Low Balance | 11.49 |

## *Deposit / Credit Activity (+)* — *Account: [redacted]5294*

| Date | Description | Amount |
|---|---|---|
| 04/11 | DEPOSIT | 105.00 |
| 04/20 | IRS TREAS 310 TAX REF 042016 161469673200909 | 102.00 |
| 04/27 | DEPOSIT | 100.00 |

## *Check Activity (-)* — *Account: [redacted]5294*

| Check # | Amount | Date Paid | Check # | Amount | Date Paid |
|---|---|---|---|---|---|
| 1019S | 25.00 | 05/02 | | | |

(S) Indicates this check was converted to a Substitute Check.
(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement.

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ® and Huntington ® are federally registered service marks of Huntington Bancshares Incorporated. Patent pending for the 24-Hour Grace™ system and method. ©2016 Huntington Bancshares Incorporated.



## *Debit Card / POS Activity (-)* *Account: 5294*

| Date | Description | Amount |
|---|---|---|
| 04/19 | PURCHASE GIANT-EAGLE #00 GIANT-EAGLE #0254 Yost Bl PITTSBURGH PA 5175458101250775 | 15.64 |
| 04/21 | PURCHASE GIANT-EAGLE #00 GIANT-EAGLE #0254 Yost Bl PITTSBURGH PA 5175458101250775 | 6.49 |
| 04/21 | PURCHASE WILKINS SHOP'N SAVE333 WILKINS SHOP'N SAVE3335 W PITTSBURGH PA 5175458101250775 | 17.08 |
| 04/22 | PURCHASE WYEP 67 BEDFORD SQ 412-888-0404 PA 5175458101250775 | 7.50 |
| 04/22 | PURCHASE CELLULAR COUNTR 10725 ELLIS AVE STE 08669512355 CA 5175458101250775 | 59.98 |
| 04/22 | PURCHASE GET GO #3659 GET GO #36599001 FRANKSTO PITTSBURGH PA 5175458101250775 | 8.00 |
| 04/27 | PURCHASE GULF OIL 914369 1408 RIVER RD HOMESTEAD PA 5175458101250775 | 7.01 |
| 04/29 | PURCHASE GET GO #3109 GET GO #3109436 Lincoln H EAST MCKEESPO PA 5175458101250775 | 14.01 |
| 05/02 | PURCHASE DELTA A & W INC 710 BROWN AVE TURTLE CREEK PA 5175458101250775 | 10.00 |

## *Other Withdrawal / Debit Activity (-)* *Account: 5294*

| Date | Description | Amount |
|---|---|---|
| 04/11 | KEMPER SENIOR SO INS PREM 310LF1161469673 | 84.04 |
| 04/29 | LEGACY VISA PYMT PAYMENT 160428 423980104010312 | 37.00 |

## *Total Overdraft Fees and Return Fees Summary* *Account: 5294*

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $75.00 |
| Total Return Fees | $0.00 | $0.00 |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Refunds of Overdraft and Return Fees | $0.00 | $75.00 |
| *Portion due to 24-Hour Grace Waivers* | $0.00 | $75.00 |

## *Asterisk-Free Checking Balance Activity* *Account: 5294*

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/06 | 11.49 | 04/20 | 118.81 | 04/27 | 112.75 |
| 04/11 | 32.45 | 04/21 | 95.24 | 04/29 | 61.74 |
| 04/19 | 16.81 | 04/22 | 19.76 | 05/02 | 26.74 |



**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-BANK or call toll free 1-800-480-BANK, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

    1. Tell us your name and account number (if any).

    2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

    3. Tell us the dollar amount of the suspected error.

We will investigate your complaint or question and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This time period will be 20 business days (instead of 10 business days) if your complaint or question involves a transaction: (i) that was not initiated in any state, territory, or possession of the United States; or (ii) that was a point of sale transaction (other than the purchase of postage stamps from a Huntington ATM); or (iii) that was a Check Card merchant transaction.

**Verification of Electronic Deposits** If you have authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can call to find out whether or not the deposit has been received by us, call either 1-614-480-BANK or call toll free 1-800-480-BANK.

**Balancing Your Statement** - For your convenience, a balancing worksheet is available on our web site www.huntington.com under the Planning & Tools section, or at your local branch.

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558

TAYE C COLES SR.
569 LOBINGER AVE
BRADDOCK PA 15104-2262

*Have a Question or Concern?*

Stop by your nearest Huntington office or contact us at: Customer Information Privacy Not

1-800-480-BANK (2265)

www.huntington.com

## *Asterisk-Free Checking Account* — *Account: 5294*

Statement Activity From:
05/06/16 to 06/07/16

| | |
|---|---|
| **Beginning Balance** | **$26.74** |
| Credits (+) | 370.00 |
| Debits (-) | 191.26 |
| Total Fees (-) | 0.00 |
| **Ending Balance** | **$205.48** |
| Average Balance | 54.02 |
| Low Balance | 15.20 |

## *Deposit / Credit Activity (+)* — *Account: 5294*

| Date | Description | Amount |
|---|---|---|
| 05/10 | DEPOSIT | 80.00 |
| 05/26 | DEPOSIT | 65.00 |
| 06/01 | DEPOSIT | 125.00 |
| 06/07 | DEPOSIT | 100.00 |

## *Debit Card / POS Activity (-)* — *Account:* *5294*

| Date | Description | Amount |
|---|---|---|
| 05/09 | PURCHASE WYEP 67 BEDFORD SQ 412-888-0404 PA 5175458101250775 | 7.50 |
| 06/03 | PURCHASE WYEP 67 BEDFORD SQ 412-888-0404 PA 5175458101250775 | 7.50 |
| 06/03 | PURCHASE KFC J625166 2 278 YOST BLVD PITTSBURGH PA 5175458101250775 | 14.44 |
| 06/03 | PURCHASE GET GO #3108 GET GO #310810525 Frankst PENN HILLS PA 5175458101250775 | 10.00 |
| 06/07 | PURCHASE SAVE-A-LOT #24558355 L SAVE-A-LOT #24558355 LINC NORTH VERSAIL PA 5175458101250775 | 17.78 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ® and Huntington ® are federally registered service marks of Huntington Bancshares Incorporated. Patent pending for the 24-Hour Grace™ system and method. ©2016 Huntington Bancshares Incorporated.



## *Other Withdrawal / Debit Activity (-)* 

*Account:* [redacted]5294

| Date | Description | Amount |
|---|---|---|
| 05/10 | KEMPER SENIOR SO INS PREM 310LF1161469673 | 84.04 |
| 05/31 | LEGACY VISA PYMT PAYMENT 160527 423980104010312 | 50.00 |

## *Total Overdraft Fees and Return Fees Summary*

*Account:* [redacted]5294

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $75.00 |
| Total Return Fees | $0.00 | $0.00 |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Refunds of Overdraft and Return Fees | $0.00 | $75.00 |
| *Portion due to 24-Hour Grace Waivers* | $0.00 | $75.00 |

## *Asterisk-Free Checking Balance Activity*

*Account:* [redacted]5294

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/05 | 26.74 | 05/26 | 80.20 | 06/03 | 123.26 |
| 05/09 | 19.24 | 05/31 | 30.20 | 06/07 | 205.48 |
| 05/10 | 15.20 | 06/01 | 155.20 | | |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-BANK or call toll free 1-800-480-BANK, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint or question and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This time period will be 20 business days (instead of 10 business days) if your complaint or question involves a transaction: (i) that was not initiated in any state, territory, or possession of the United States; or (ii) that was a point of sale transaction (other than the purchase of postage stamps from a Huntington ATM); or (iii) that was a Check Card merchant transaction.

**Verification of Electronic Deposits** If you have authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can call to find out whether or not the deposit has been received by us, call either 1-614-480-BANK or call toll free 1-800-480-BANK.

**Balancing Your Statement** - For your convenience, a balancing worksheet is available on our web site www.huntington.com under the Planning & Tools section, or at your local branch.

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558

TAYE C COLES SR.
569 LOBINGER AVE
BRADDOCK PA 15104-2262

*Have a Question or Concern?*

Stop by your nearest Huntington office or contact us at: Customer Information Privacy Not

1-800-480-BANK (2265)

www.huntington.com

## *Asterisk-Free Checking Account* — *Account: [redacted]5294*

Statement Activity From:
06/08/16 to 07/06/16

| | |
|---|---|
| **Beginning Balance** | **$205.48** |
| Credits (+) | 180.00 |
| Debits (-) | 386.10 |
| Total Fees (-) | 0.00 |
| **Ending Balance** | **$0.62-** |
| Average Balance | 41.66 |
| Low Balance | 0.62- |

## *Deposit / Credit Activity (+)* — *Account: [redacted]5294*

| Date | Description | Amount |
|---|---|---|
| 06/20 | DEPOSIT | 130.00 |
| 06/27 | DEPOSIT | 50.00 |

## *Check Activity (-)* — *Account: [redacted]5294*

| Check # | Amount | Date Paid | Check # | Amount | Date Paid |
|---|---|---|---|---|---|
| 1018S | 31.00 | 06/10 | | | |

(S) Indicates this check was converted to a Substitute Check.
(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement.

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ® and Huntington ® are federally registered service marks of Huntington Bancshares Incorporated. Patent pending for the 24-Hour Grace™ system and method. ©2016 Huntington Bancshares Incorporated.



## *ATM Withdrawal Activity (-)*

*Account:* *5294*

| Date | Description | Amount |
|---|---|---|
| 06/20 | HUNTINGTON ATM CASH WITHDRAWAL NORTH VERSAILLES GREAT355 N. VERSAILLES PA 5175458101250775 | 20.00 |

## *Debit Card / POS Activity (-)*

*Account: 5294*

| Date | Description | Amount |
|---|---|---|
| 06/08 | PURCHASE GIANT-EAGLE #00 GIANT-EAGLE #0254 Yost Bl PITTSBURGH PA 5175458101250775 | 26.11 |
| 06/08 | PURCHASE 2531 GREENSBURG 2531 GREENSBURG PITTSBURGH PA 5175458101250775 | 25.00 |
| 06/13 | PURCHASE SUNOCO 03631744037403 SUNOCO 03631744037403 WAS SWISSVALE PA 5175458101250775 | 6.02 |
| 06/20 | PURCHASE OPTIMA 0717224001107 W OPTIMA 0717224001107 WAL- NORTH VERSAIL PA 5175458101250775 | 25.00 |
| 06/23 | PURCHASE ALDI 69056 06235500056 ALDI 69056 06235500056234 FOREST HILLS PA 5175458101250775 | 4.52 |
| 06/28 | PURCHASE GIANT-EAGLE #00 GIANT-EAGLE #0254 Yost Bl PITTSBURGH PA 5175458101250775 | 6.41 |
| 06/30 | PURCHASE SPEEDWAY 06503 232 SPEEDWAY 06503 232 MCKEESPORT PA 5175458101250775 | 15.00 |
| 07/05 | PURCHASE WYEP 67 BEDFORD SQ 412-888-0404 PA 5175458101250775 | 7.50 |

## *Other Withdrawal / Debit Activity (-)*

*Account: 5294*

| Date | Description | Amount |
|---|---|---|
| 06/10 | KEMPER SENIOR SO INS PREM 310LF1161469673 | 84.04 |
| 06/23 | VZ WIRELESS VE E CHECK 160622 1238954 | 100.50 |
| 06/28 | LEGACY VISA PYMT PAYMENT 160627 423980104010312 | 35.00 |

## *Total Overdraft Fees and Return Fees Summary*

*Account: 5294*

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $75.00 |
| Total Return Fees | $0.00 | $0.00 |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Refunds of Overdraft and Return Fees | $0.00 | $75.00 |
| *Portion due to 24-Hour Grace Waivers* | $0.00 | $75.00 |

## *Asterisk-Free Checking Balance Activity*

*Account: 5294*

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/07 | 205.48 | 06/08 | 154.37 | 06/10 | 39.33 |



## *Asterisk-Free Checking Balance Activity*

***Account:*** [redacted]***5294***

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/13 | 33.31 | 06/27 | 63.29 | 07/05 | 0.62- |
| 06/20 | 118.31 | 06/28 | 21.88 | | |
| 06/23 | 13.29 | 06/30 | 6.88 | | |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-BANK or call toll free 1-800-480-BANK, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint or question and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This time period will be 20 business days (instead of 10 business days) if your complaint or question involves a transaction: (i) that was not initiated in any state, territory, or possession of the United States; or (ii) that was a point of sale transaction (other than the purchase of postage stamps from a Huntington ATM); or (iii) that was a Check Card merchant transaction.

**Verification of Electronic Deposits** If you have authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can call to find out whether or not the deposit has been received by us, call either 1-614-480-BANK or call toll free 1-800-480-BANK.

**Balancing Your Statement** - For your convenience, a balancing worksheet is available on our web site www.huntington.com under the Planning & Tools section, or at your local branch.

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558

Huntington

TAYE C COLES SR.
569 LOBINGER AVE
BRADDOCK PA 15104-2262

*Have a Question or Concern?*

Stop by your nearest Huntington office or contact us at: Customer Information Privacy Not

1-800-480-BANK (2265)

www.huntington.com

## *Asterisk-Free Checking Account* — *Account: [redacted]5294*

Statement Activity From:
08/09/16 to 09/07/16

| | |
|---|---|
| **Beginning Balance** | **$2.55** |
| Credits (+) | 410.00 |
| Debits (-) | 326.32 |
| Total Fees (-) | 75.00 |
| **Ending Balance** | **$11.23** |
| Average Balance | 8.85- |
| Low Balance | 118.99- |

## *Deposit / Credit Activity (+)* — *Account: [redacted]5294*

| Date | Description | Amount |
|---|---|---|
| 08/12 | HUNTINGTON_ONLN P2P 160812 TAYE COLES | 85.00 |
| 08/15 | DEPOSIT | 50.00 |
| 08/18 | DEPOSIT | 75.00 |
| 08/29 | DEPOSIT | 100.00 |
| 09/06 | DEPOSIT | 100.00 |

## *Check Activity (-)* — *Account: [redacted]5294*

| Check # | Amount | Date Paid | Check # | Amount | Date Paid |
|---|---|---|---|---|---|
| 1020S | 50.00 | 08/29 | | | |

(S) Indicates this check was converted to a Substitute Check.
(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement.

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ® and Huntington ® are federally registered service marks of Huntington Bancshares Incorporated. Patent pending for the 24-Hour Grace™ system and method. ©2016 Huntington Bancshares Incorporated.



## *Debit Card / POS Activity (-)* — *Account: [redacted]5294*

| Date | Description | Amount |
|---|---|---|
| 09/06 | PURCHASE WYEP 67 BEDFORD SQ 412-888-0404 PA 5175458101250775 | 7.50 |

## *Other Withdrawal / Debit Activity (-)* — *Account: [redacted]5294*

| Date | Description | Amount |
|---|---|---|
| 08/10 | KEMPER SENIOR SO INS PREM 310LF1161469673 | 84.04 |
| 08/11 | OVERDRAFT FEE | 37.50 |
| 08/22 | VZ WIRELESS VE E CHECK 160820 1023601 | 88.79 |
| 08/29 | LEGACY VISA PYMT PAYMENT 160828 423980104010312 | 35.00 |
| 08/31 | VIVINT RECEIVABLE 160830 29932409 | 60.99 |
| 09/01 | OVERDRAFT FEE | 37.50 |

## *Total Overdraft Fees and Return Fees Summary* — *Account: [redacted]5294*

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $75.00 | $150.00 |
| Total Return Fees | $0.00 | $0.00 |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Refunds of Overdraft and Return Fees | $0.00 | $75.00 |
| *Portion due to 24-Hour Grace Waivers* | $0.00 | $75.00 |

## *Asterisk-Free Checking Balance Activity* — *Account: [redacted]5294*

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/08 | 2.55 | 08/15 | 16.01 | 08/31 | 43.77- |
| 08/10 | 81.49- | 08/18 | 91.01 | 09/01 | 81.27- |
| 08/11 | 118.99- | 08/22 | 2.22 | 09/06 | 11.23 |
| 08/12 | 33.99- | 08/29 | 17.22 | | |



**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-BANK or call toll free 1-800-480-BANK, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

    1. Tell us your name and account number (if any).

    2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

    3. Tell us the dollar amount of the suspected error.

We will investigate your complaint or question and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This time period will be 20 business days (instead of 10 business days) if your complaint or question involves a transaction: (i) that was not initiated in any state, territory, or possession of the United States; or (ii) that was a point of sale transaction (other than the purchase of postage stamps from a Huntington ATM); or (iii) that was a Check Card merchant transaction.

**Verification of Electronic Deposits** If you have authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can call to find out whether or not the deposit has been received by us, call either 1-614-480-BANK or call toll free 1-800-480-BANK.

**Balancing Your Statement** - For your convenience, a balancing worksheet is available on our web site www.huntington.com under the Planning & Tools section, or at your local branch.

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558

TAYE C COLES SR.
569 LOBINGER AVE
BRADDOCK PA 15104-2262

*Have a Question or Concern?*

Stop by your nearest Huntington office or contact us at: Customer Information Privacy Not

1-800-480-BANK (2265)

www.huntington.com

## *Asterisk-Free Checking Account*

*Account:* [redacted]5294

Statement Activity From:
09/08/16 to 10/05/16

| | |
|---|---|
| **Beginning Balance** | **$11.23** |
| Credits (+) | 200.00 |
| Debits (-) | 182.53 |
| Total Fees (-) | 0.00 |
| **Ending Balance** | **$28.70** |
| Average Balance | 39.89 |
| Low Balance | 11.23 |

## *Deposit / Credit Activity (+)*

*Account:* [redacted]5294

| Date | Description | Amount |
|---|---|---|
| 09/09 | DEPOSIT | 100.00 |
| 09/30 | DEPOSIT | 100.00 |

## *Debit Card / POS Activity (-)*

*Account:* [redacted]5294

| Date | Description | Amount |
|---|---|---|
| 09/09 | PURCHASE 7-ELEVEN 36155 7-ELEVEN 36155 DUQUESNE PA 5175458101250775 | 10.00 |
| 10/05 | PURCHASE WYEP 67 BEDFORD SQ 412-888-0404 PA 5175458101250775 | 7.50 |
| 10/05 | PURCHASE BP#953441336186 3915 WILLM FLYNN HW ALLISON PARK PA 5175458101250775 | 20.00 |

## *Other Withdrawal / Debit Activity (-)*

*Account:* [redacted]5294

| Date | Description | Amount |
|---|---|---|
| 09/12 | KEMPER SENIOR SO INS PREM 310LF1161469673 | 84.04 |
| 10/03 | VIVINT RECEIVABLE 160930 31124198 | 60.99 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ® and Huntington ® are federally registered service marks of Huntington Bancshares Incorporated. Patent pending for the 24-Hour Grace™ system and method. ©2016 Huntington Bancshares Incorporated.



## *Total Overdraft Fees and Return Fees Summary*

*Account:* [redacted]5294

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $150.00 |
| Total Return Fees | $0.00 | $0.00 |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Refunds of Overdraft and Return Fees | $0.00 | $75.00 |
| *Portion due to 24-Hour Grace Waivers* | $0.00 | $75.00 |

## *Asterisk-Free Checking Balance Activity*

*Account:* [redacted]5294

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/07 | 11.23 | 09/12 | 17.19 | 10/03 | 56.20 |
| 09/09 | 101.23 | 09/30 | 117.19 | 10/05 | 28.70 |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-BANK or call toll free 1-800-480-BANK, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint or question and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This time period will be 20 business days (instead of 10 business days) if your complaint or question involves a transaction: (i) that was not initiated in any state, territory, or possession of the United States; or (ii) that was a point of sale transaction (other than the purchase of postage stamps from a Huntington ATM); or (iii) that was a Check Card merchant transaction.

**Verification of Electronic Deposits** If you have authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can call to find out whether or not the deposit has been received by us, call either 1-614-480-BANK or call toll free 1-800-480-BANK.

**Balancing Your Statement** - For your convenience, a balancing worksheet is available on our web site www.huntington.com under the Planning & Tools section, or at your local branch.