**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Taye Coles** | Social Security number or ITIN  **xxx–xx–9673** |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **16–23777–CMB** | | |

# Order of Discharge                                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Taye Coles

   2/22/17                                                         **By the court:**   <u>Carlota M. Bohm</u>
                                                                                                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                          Case No. 16-23777-CMB
Taye Coles                                                      Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: admin              Page 1 of 2           Date Rcvd: Feb 22, 2017
                             Form ID: 318             Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2017.
db            +Taye Coles,    569 Lobinger Avenue,    Braddock, PA 15104-2262
14317490      +ALLEGHENY HEALTH NETWORK,    PO BOX 645266,    Pittsburgh, PA 15264-5250
14317492       ASPIRE VISA,    PO BOX 105555,   Atlanta, GA 30348-5555
14302534      +BANK OF NEW YORK MELLON,    1270 NORTHLAND DRIVE,    STE 200,   Saint Paul, MN 55120-1176
14302535      +BANK OF NEW YORK MELLON,    C/O KLM LAW GROUP,    701 MARKET STREET,   STE 5000,
                Philadelphia, PA 19106-1541
14317495      +BANKFIRST,    c/o ASSEST ACCEPTANCE,    PO BOX 2036,   Warren, MI 48090-2036
14317497       HOUSEHOLD RETAIL,    c/o SCS,    PO BOX 9100,   Farmingdale, NY 11735-9100
14317498      +JPMORGAN CHASE BANK,    3415 VISION DRIVE,    Columbus, OH 43219-6009
14317499      +NOVAK, BERKOWITZ & ROSENBERG,    532 S AIKEN STREET,    SUITE 520,   Pittsburgh, PA 15232-1521
14317500       PARTNERS IN NEPHRO & ENDO,    5171 LIBERTY AVENUE,    Pittsburgh, PA 15224-2254
14317501       RJM ACQUISITIONS,    PO BOX 18006,    Hauppauge, NY 11788-8806
14317503      +WPHAS- PHYSICIAL,    c/o CREDIT MANAGEMENT,    PO BOX 16341,   Pittsburgh, PA 15242-0341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 23 2017 01:56:43     Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA   17128-0946
cr             EDI: BECKLEE.COM Feb 23 2017 01:48:00     American Express Centurion Bank,
                c/o Becket and Lee LLP,    PO Box 3001,   Malvern, PA   19355-0701
cr             EDI: ECAST.COM Feb 23 2017 01:48:00     eCAST Settlement Corporation,   P.O. Box 35480,
                Newark, NJ   07193-5480
14317491       EDI: AMEREXPR.COM Feb 23 2017 01:48:00     AMEX,   c/o URS LP,   PO BOX 722929,
                Houston, TX 77272-2929
14317496       EDI: CBCSI.COM Feb 23 2017 01:48:00     CAVALRY KEY BANK,   c/o CBCS,   PO BOX 69,
                Columbus, OH 43216
14317502       EDI: VERIZONWIRE.COM Feb 23 2017 01:48:00     VERIZON WIRELESS,   PO BOX 25505,
                Lehigh Valley, PA 18002-5505
                                                                                             TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             The Bank of New York Mellon, f/k/a The Bank of New
14317493*     +BANK OF NEW YORK MELLON,    1270 NORTHLAND DRIVE,    STE 200,   Saint Paul, MN 55120-1176
14317494*     +BANK OF NEW YORK MELLON,    C/O KLM LAW GROUP,    701 MARKET STREET,   STE 5000,
                Philadelphia, PA 19106-1541
                                                                                TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New
               York, as successor to JPMorgan Chase Bank, N.A. f/k/a JPMorgan Chase f/k/a The Chase Manhattan
               Bank as Trustee for Asset Backed Securities Corporatio bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    trusteesikirica@consolidated.net,
               PA59@ecfcbis.com;a.a.farrell@comcast.net;KTosadori@bglaw-llp.com;JSikirica@bglaw-llp.com
              Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New
               York, as successor to JPMorgan Chase Bank, N.A. f/k/a JPMorgan Chase f/k/a The Chase Manhattan
               Bank as Trustee for Asset Backed Securities Corporatio bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
```

```
District/off: 0315-2          User: admin              Page 2 of 2              Date Rcvd: Feb 22, 2017
                              Form ID: 318             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Russell A. Burdelski    on behalf of Debtor Taye  Coles atyrusb@choiceonemail.com
                                                                                                                           TOTAL: 6